## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

HOWARD COHAN,

     Plaintiff,

v.                                                    Case No:   6:22-cv-1937-RBD-LHP

SARASOTA SEVEN BURGERS, LLC,

     Defendant.

_____

## ORDER OF DISMISSAL

     This cause is before the Court upon the Notice of Settlement filed on November 23, 2022 (Doc. 10), indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

    3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 28, 2022.

ROY B. DALTON JR.
United States District Judge